```
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF FLORIDA

                            CASE NO.  08-14164-CIV-GRAHAM
                            MAGISTRATE JUDGE P.A. WHITE
SIEGFRIED GILBERT
CHRISTMAN,                        :

        Plaintiff,                :   REPORT RE DISMISSAL OF MOTION
                                        TO PROCEED ON APPEAL(DE#7)
                                      AND GRANTING IFP (De#10)
v.                                :        CIVIL RIGHTS

CHARLIE CRIST, et al.,            :

        Defendants.               :
_____
```

The pro-se plaintiff filed a civil rights complaint pursuant to 42 U.S.C. 1983. The petition was dismissed on May 30, 2008, pursuant to 28 U.S.C. 1915(e)(2)(b)(ii) for failure to state a claim upon which relief can be granted. The plaintiff filed a notice of appeal on June 18, 2008 (DE#7). The notice of appeal was referred to the Undersigned United States Magistrate Judge on August 13, 2008, as an application for certificate of appealability. (DE#11)

The plaintiff filed simply a notice of appeal. The plaintiff does not need a certificate of appealability to appeal a civil rights case, brought under 42 U.S.C. §1983. See: Cummings v Baker, 130 Fed. Appx 446 (11 Cir. 2005) (not published), Moore v Pemberton, 110 F.3d 23 (7 Cir. 1997). The plaintiff may proceed directly to the Eleventh Circuit Court of Appeals.

The plaintiff has also filed a motion to proceed in forma pauperis (DE#10). The motion reveals that the plaintiff cannot afford the Appellate Court's filing fee of $455.00. It is therefore recommended that the motion to proceed in forma pauperis be granted.

Recommendation

1. The notice of Appeal (DE#7) is not construed as a motion for certificate of appealability, as the plaintiff may file his appeal directly with the Eleventh Circuit Court of Appeals.

2. The motion to proceed in forma pauerpis (DE#10) is granted.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this day of 21st August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Siegfried Gilbert Christman, Pro Se
     104 Rockland Drive
     Ft Pierce, FL
     Address of Record