UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 08-14164-CIV-GRAHAM

SIEGFRIED GILBERT
CHRISTMAN,

    Plaintiff,

vs.

CHARLIE CHRIST, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Appeal [D.E. 7] and Plaintiff's Motion to proceed *in forma pauperis* [D.E. 10].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 11]. Judge White issued a Report and Recommendation [D.E. 12]. The Report indicates that Plaintiff may proceed directly to the Eleventh Circuit Court of Appeals to appeal his civil rights case brought under 42 U.S.C. § 1983. Furthermore, the Reports recommends that the motion to proceed *in forma pauperis* be granted. The time for objections has expired and Plaintiff has not filed objections.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is

hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 12] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff may proceed directly to the Eleventh Circuit Court of Appeals on his complaint pursuant to 42 U.S.C. § 1983. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to Proceed in Forma Pauperis on Appeal [D.E. 10] is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of October, 2008.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Patrick A. White
      Siegfried Gilbert Christman, Pro Se
      Counsel of Record